IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JAMES LESTER CREMEANS, JR.,

        Plaintiff,

v.                                        CIVIL ACTION NO. 3:17-4537

TRI-STATE AIRPORT AUTHORITY,
BRETT MCCOY and
GAIL WHITE,

        Defendants.

### ORDER

The docket in this action reflects that service has not been obtained upon the defendants within 90 days of filing of the complaint as required by *Fed. R. Civ. P.* 4(m). Accordingly, the Court **ORDERS** the plaintiff to demonstrate good cause for not serving the defendants with process. Failure to respond to this notice within ten days or an insufficient showing of good cause will result in dismissal of this case without prejudice.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:        March 15, 2018

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE