IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JAMES LESTER CREMEANS, JR.,

        Plaintiff,

v.                                  CIVIL ACTION NO.   3:17-4537

TRI-STATE AIRPORT AUTHORITY,
BRETT MCCOY and
GAIL WHITE,

        Defendants.

**ORDER**

Because Plaintiff has neither obtained service upon the defendants within 90 days after filing of the complaint nor, after notice, demonstrated good cause why service of process has not been made as required by Rule 4(m) of the *Federal Rules of Civil Procedure*, the Court **DISMISSES** this action without prejudice.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to counsel of record and any unrepresented parties.

        ENTER:        March 28, 2018

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE